## Robbins, Appellant, *v.* Rich.

OPINION BY RICE, P. J., April 17, 1911:

Precisely the same questions are raised in this case as in the case of Shurr v. Rich, ante, p. 448, in which we herewith file an opinion. The opinion in that case is intended to cover this case as well and for the reasons there given we make the same order.

And now, to wit, April 17, 1911, it is ordered that the appeal be dismissed unless the plaintiff, within thirty days from this date, shall file in the office of the prothonotary of this court a stipulation releasing any claim he may have to recover the costs of this appeal, in which event the prothonotary is directed to enter the following order: "Judgment set aside and record remitted to the court below to be further proceeded with in accordance with the foregoing opinion," and to remit the record accordingly.